

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-12-00163-CR

Kathy Ann **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 343442
The Honorable Liza Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  May 9, 2012

DISMISSED

Appellant has filed a motion to withdraw her notice of appeal and dismiss this appeal.

The motion is signed by both appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We,

therefore, grant the motion and dismiss this appeal. *See id.*

                                        PER CURIAM

DO NOT PUBLISH